UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHINE TV LIMITED, | § § | |
| Plaintiff, | § § | |
| V. | § | No. 3:24-cv-963-B |
| MASTERCHEF LLC and HUSEIN VARVANI, | § § § § | |
| Defendants. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed.

The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore

- **DENIES** the latest request to appoint counsel for Defendant MasterChef LLC (and, if applicable, Defendant Husein Varvani);

- **ORDERS** that MasterChef is in default;

- **DIRECTS** the Clerk of Court to enter default against MasterChef under Federal Rule of Civil Procedure 55(a); and

- **ORDERS** Plaintiff Shine TV Limited to move for default judgment against MasterChef for failure to appear by and through counsel by no later than **30 days**

-1-

after entry of this order.

**SO ORDERED.**

**DATE: September 18, 2024.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE