UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHINE TV LIMITED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-963-B-BN |
| | § | |
| MASTERCHEF LLC and HUSEIN VARVANI, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **ORDERS** that the claims against Defendant Husein Varvani are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(2).

**SO ORDERED.**

**DATE: December 27, 2024.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-