IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHINE TV LIMITED, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:24-cv-936-B-BN |
| | § | |
| MASTERCHEF LLC and HUSEIN | § | |
| VARVANI, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
## RECOMMENDATION OF THE MAGISTRATE JUDGE

United States Magistrate Judge David L. Horan made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **GRANTS** Plaintiff Shine TV Limited's motion for default judgment against Defendant MasterChef LLC [Dkt. No. 29]. And this matter remains referred to Judge Horan for recommendations as the damages to be awarded and the injunctive relief to be ordered.

**SO ORDERED.**

**DATE: July, 29, 2025.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE