IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHINE TV LIMITED, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:24-cv-963-B-BN |
| | § | |
| MASTERCHEF LLC and HUSEIN VARVANI, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

United States Magistrate Judge David L. Horan made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: June 30, 2026.**

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE